GILCHREST HOUSE, INC., Appellant, *v.* GUARANTEED TITLE AND MORTGAGE COMPANY, Respondent.

Argued May 16, 1951; decided June 1, 1951.

*Henry M. Katz* and *Abbie Goldstein* for appellant.

*Herman S. Axelrod, Arnold O. Charters* and *Maitland M. Axelrod* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.